McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-04-053 FCD |
| Plaintiff, ) | AMENDED GOVERNMENT REQUEST FOR DESTRUCTION ORDER; and ORDER |
| v. ) | |
| URIEL RAMIREZ CHAVEZ, ) | |
| Defendant. ) | |

On October 23, 2003, two Deputy Marshals served an arrest warrant on the defendant. In doing so, they recovered a Colt .38 caliber handgun, serial number 70S29397, which had been in the defendant's possession.

The defendant was Mirandized at the scene of his arrest. During the drive to the jail, the defendant conversed with one of the Deputy Marshals, and admitted that the handgun was his.

Prior to possessing this firearm, the defendant had been convicted of two felony offenses. On or about December 12, 1994, the defendant suffered a felony conviction in the Shasta County Superior Court for possession of methamphetamine for sale, in violation of California Health and Safety Code Section 11378. And,

on or about March 19, 2001, the defendant suffered a felony conviction in the United States District Court for the Eastern District of California for the unlawful use of a communication facility to facilitate the commission of a drug trafficking offense, in violation of Title 21, United States Code, Section 843(b).

In the instant case, the defendant was prosecuted for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). The defendant pled guilty to that offense on January 24, 2005. C.R. 18. On May 23, 2005, he was sentenced to a term of imprisonment of 48 months, to be followed by 36 months of supervised release. C.R. 23. A judgment and commitment order was issued on June 2, 2005. C.R. 24.

Deputy Marshal Marco Rodriguez requested that the Bureau of Alcohol, Tobacco, and Firearms (BATF) run a records check on the above-described handgun which the defendant claimed to own. BATF responded that this firearm was purchased on September 6, 1981, by an individual named Uriel Lopez. BATF provided Deputy Marshal with Mr. Lopez' date of birth, as well as his place of birth. BATF had no other information about Mr. Lopez, or about the firearm at issue.

Even though the defendant stated that the firearm belonged to him, Deputy Marshal Rodriguez attempted to locate the 1981 purchaser of this firearm, Uriel Lopez. Deputy Marshal Rodriguez was not able to locate Mr. Lopez.

In as much as the ownership of the firearm at issue is associated with a convicted felon, and that it is illegal for a convicted felon to be in the possession of a firearm, the government
///
///

requests the court order the destruction of the Colt .38 caliber handgun, serial number 70S29397.

DATED: November 29, 2006

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kenneth J. Melikian
KENNETH J. MELIKIAN
Assistant U.S. Attorney

ORDER

Based on the foregoing, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the United States Marshals Service may destroy or otherwise dispose of the Colt .38 caliber handgun, serial number 70S29397, which was seized during the above described investigation.

DATED: December 4, 2006

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE